# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                         No. 4:19-cr-176-DPM

MICHAEL GRAY                                                   DEFENDANT
Reg. No 32709-009

## ORDER

Gray has filed a second motion related to a recent amendment to the Sentencing Guidelines. His new motion makes clear that he is seeking a reduced sentence.

Gray waived his right to seek a sentence reduction under 18 U.S.C. § 3582(c)(2). At his plea hearing, and at the Court's request, the United States outlined the key terms of the plea agreement. The waiver of his right to seek modifications of his sentence was not mentioned. But, Gray is an educated person and confirmed that he had read the whole agreement, reviewed it with his lawyer, and understood all of it. And he benefited in entering the agreement, as the United States dismissed another methamphetamine distribution charge against him.

Gray's waiver was knowing and voluntary and the Court finds that enforcing the waiver doesn't result in a miscarriage of justice. His motion, *Doc. 44*, is denied.

- 2 -

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>25 June 2024</u>